IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LYNK LABS, INC., <br> Defendant. | Case No. 1:21-cv-02665 |

### JOINT STATUS REPORT ON THE STATUS OF DISCOVERY

Pursuant to the Court's Order (Dkt. No. 119), Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") and Defendant Lynk Labs, Inc. ("Lynk") submit this Joint Status Report on the Status of Discovery.

**I.    Samsung's Statement:**

Samsung's Document Production.  Samsung has produced approximately 16,000 documents (approximately 550,000 pages) to date, of which approximately 6,000 documents (approximately 250,000 pages) were produced since the last joint status report on April 22, 2022. These documents include technical, marketing, licensing, and financial documents, as well as prior art references and related documents.  In addition, Samsung has also provided approximately 150 gigabytes of source code files for inspection through a stand-alone computer, pursuant to the Protective Order governing this case.  The parties have exchanged correspondence and conferred regarding Samsung's document production.  Samsung is continuing to review additional documents to search for responsive, non-privilege documents that are properly subject to Lynk's discovery requests.

Samsung's Written Discovery Responses. Samsung has responded to 18 interrogatories served by Lynk. In addition, Samsung has supplemented its interrogatory responses and initial disclosures during the course of discovery, including on September 7, 2021; November 19, 2021; March 21, 2022; and July 14, 2022.

Depositions of Samsung's Witnesses. Lynk has taken the depositions of 10 Samsung witnesses between April 14 and July 13, 2022. These witnesses testified on various technical, financial, licensing, and marketing topics relating to different accused products, including, for example, smart phones, watches, televisions, ACOM modules, and appliances. In addition, Samsung has offered two additional witnesses for depositions—Lynk withdrew its deposition notice to one witness and the parties agreed to postpone the deposition of a second witness pending agreement between the parties regarding the technical design of certain accused products. The parties have met and conferred regarding depositions of Samsung witnesses, and Samsung has informed Lynk that Samsung remains open to the possibility of providing additional witnesses for particular accused functionalities and/or products.

Lynk's Discovery Responses. To date, Lynk has produced approximately 2,100 documents, spanning approximately 67,500 pages. Samsung has identified discovery requests to which Lynk has not substantively responded and requested that Lynk provide the requested information and documents. These requests include, for example: information relating to Lynk's and/or Lynk's licensees' products that allegedly practice the Patents-in-Suit (e.g., Interrogatory No. 14); the identity of Lynk's customers and licensees (e.g., Interrogatory No. 15); inventorship documents and prior art references like those cited in the file histories of Asserted or Related Patents (e.g., RFP Nos. 47, 48, and 61; Interrogatory No. 8); analyses of patent infringement, invalidity, enforceability, and claim interpretation (e.g., RFP Nos. 24, 27, 28, 32, 33, 51, 57, 60,

62, and 63; Interrogatory No. 10); and costs, valuation, and other financial data relating to the Patents-in-Suit (e.g., RFP Nos. 35, 38, and 39). Samsung asked Lynk to produce this information and documents in multiple letters and meet-and-confers; Lynk has not yet provided substantive responses to these requests. Samsung may need the Court's assistance to resolve these disputes.

Third-Party Discovery. Samsung has served third-party subpoenas to entities with potential prior art information, including Apple Inc. and HP Inc. Samsung is awaiting responses from Apple Inc. and is in the process of meeting and conferring with HP Inc. about the scope of production. Samsung also served subpoenas to two third parties with information regarding Lynk's products and is preparing to serve subpoenas to other third parties with information regarding such products. In addition, Samsung expects to serve additional third-party subpoenas after it receives additional discovery from Lynk regarding its customers and licensees.

IPR Status. **All asserted claims of all Patents-in-Suit** are currently under *Inter Partes* Review ("IPR") instituted by the Patent Trial and Appeal Board ("PTAB") based on petitions filed by Samsung and Home Depot. These IPR proceedings are at relatively advanced stages—Lynk has already taken the depositions of the petitioner's expert in most of these proceedings, the PTAB is scheduled to hear oral arguments on five of the Patents-in-Suit in December 2022, and the PTAB is expected to issue Final Written Decisions ("FWD") on the validity of the asserted claims starting in February 2023. Below is a summary of the IPR proceedings regarding the remaining Asserted Patents and their expected schedules.

| Patent No. | IPR No. | Petitioner | Status | Hearing Date | FWD Due Date |
|---|---|---|---|---|---|
| 10,154,551 | IPR2021-01367 | Home Depot | IPR Instituted | 12/1/22 | 2/21/23 |
| | IPR2021-01575 | Samsung | IPR Instituted | 2/24/23 | 5/22/23 |
| 10,492,251 | IPR2021-01369 | Home Depot | IPR Instituted | 12/1/22 | 2/21/23 |
| | IPR2022-00051 | Samsung | IPRs Instituted | 3/7/23 | 6/7/23 |

| Patent No. | IPR No. | Petitioner | Status | Hearing Date | FWD Due Date |
|---|---|---|---|---|---|
| | IPR2022-00052 | | | | |
| 11,019,697 | IPR2021-01300 | Samsung | IPR Instituted | 12/13/22 | 3/15/23 |
| 10,506,674 | IPR2021-01299 | Samsung | IPR Instituted | 12/13/22 | 3/15/23 |
| 10,966,298 | IPR2021-01347 | Samsung | IPR Instituted | 12/13/22 | 3/15/23 |
| 10,492,252 | IPR2021-01345 | Samsung | IPR Instituted | 1/11/23 | 3/20/23 |
| 10,499,466 | IPR2021-01346 | Samsung | IPR Instituted | 1/11/23 | 3/20/23 |
| 10,652,979 | IPR2021-01576 | Samsung | IPR Instituted | 2/8/23 | 4/25/23 |
| 10,750,583 | IPR2022-00100<br>IPR2022-00101 | Samsung | IPRs Instituted | 3/22/23 | 6/9/23 |
| 10,687,400 | IPR2022-00149 | Samsung | IPR Instituted | 3/30/23 | 7/5/23 |

## II. Lynk's Statement

The parties are engaged in fact discovery. To date, Lynk has deposed eleven (11) Samsung witnesses, with the deposition of a twelfth witness pending rescheduling. Samsung has issued third party subpoenas for prior art and to several of Lynk's customers. The parties have a number of pending disputes regarding document production and deposition testimony. The parties are currently conferring about these disputes and hope to reach a resolution. Accordingly, there is no need for court intervention at this time. Last, the parties are currently engaged in claim construction briefing according to the most recent schedule governing this case.

Dated: July 26, 2022

| | |
|---|---|
| /s/ Ryan K. Yagura | /s/ James A. Shimota |
| Ryan K. Yagura (Cal. Bar No. 197619) | James A. Shimota |
| ryagura@omm.com | Nelson M. Hua |
| Nicholas J. Whilt (Cal. Bar No. 247738) | Farris Matariyeh |
| nwhilt@omm.com | **K&L GATES LLP** |
| Xin-Yi Zhou (Cal. Bar No. 251969) | 70 WEST Madison Street, Suite 3300 |
| vzhou@omm.com | Chicago, Illinois 60602 |
| **O'MELVENY & MYERS LLP** | Telephone: (312) 372-1121 |
| 400 S. Hope Street | Fax: (312) 827-8000 |
| Los Angeles, CA 90071 | jim.shimota@klgates.com |
| Telephone: 213-430-6000 | nelson.hua@klgates.com |
| Facsimile: 213-430-6407 | farris.matariyeh@klgates.com |
| | |
| Darin Snyder | Darlene F. Ghavimi |
| dsnyder@omm.com | **K&L GATES LLP** |
| **O'MELVENY & MYERS LLP** | 2801 Via Fortuna |
| Two Embarcadero Center, 28th Floor | Suite 650 |
| San Francisco, CA 94111 | Austin, Texas 78746 |
| Telephone: 415-984-8700 | Telephone: (512) 482-6919 |
| Facsimile: 415-984-8701 | Fax: (512) 482-6859 |
| | darlene.ghavimi@klgates.com |
| D. Sean Trainor (D.C. Bar No. 463514) | |
| dstrainor@omm.com | Rachel Ellenberger |
| **O'MELVENY & MYERS LLP** | **K&L GATES LLP** |
| 1625 Eye Street NW | K&L Gates Center |
| Washington, DC 20037 | 210 Sixth Avenue |
| Telephone: 202-383-5300 | Pittsburgh, PA 15222 |
| Facsimile: 202-383-5414 | Telephone: (412) 355-2882 |
| | Fax: (412) 355-6501 |
| Marc J. Pensabene (N.Y. Bar No. 2656361) | rachel.ellenberger@klgates.com |
| mpensabene@omm.com | |
| Laura Bayne Gore (N.Y. Bar No. 5172879) | ***Attorneys for Defendant Lynk Labs, Inc.*** |
| lbayne@omm.com | |
| **O'MELVENY & MYERS LLP** | |
| Times Square Tower, 7 Times Square | |
| New York, NY 10036 | |
| Telephone: 213-326-2000 | |
| Facsimile: 213-326-2061 | |
| | |
| Dennis J. Abdelnour (IL Bar No. 6292242) | |
| Ron N. Sklar (IL Bar No. 6304022) | |
| **HONIGMAN LLP** | |
| 155 North Wacker Drive, Suite 3100 | |
| Chicago, IL 60606 | |

5

Telephone: 312-701-9300
Facsimile: 312-701-9335
Email: dabdelnour@honigman.com
Email: rsklar@honigman.com

***Attorneys for Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a) on July 26, 2022.

*/s/ Ryan K. Yagura*
