UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Samsung Electronics Co., Ltd., et al.
                                    Plaintiff,

v.                                                               Case No.: 1:21−cv−02665
                                                                                       Honorable Rebecca R. Pallmeyer

Lynk Labs, Inc.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 20, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendant Lynk Labs, Inc.'s unopposed motion for extension of time [164] is granted. Lynk to file reply in support of its partial motion for summary judgment of literal infringement by 1/20/23 or seven days after Dr. Hatalis's rescheduled deposition, whichever is later. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.