**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LYNK LABS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:21-cv-02665 <br><br> Honorable Rebecca R. Pallmeyer |

## **PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Plaintiff Samsung Electronics America, Inc. ("Samsung Electronics America") respectfully requests that Melissa R. Smith of Gillam & Smith LLP be permitted to withdraw as counsel of record for Plaintiff Samsung Electronics America, Inc. Samsung Electronics America will continue to be represented by attorneys from O'Melveny & Myers LLP and Honigman LLP. The granting of this motion imposes no delay and will not affect any deadlines in the case. Further, the clerk is requested to terminate all CM/ECF notifications as to Melissa R. Smith for this action. Counsel for Defendant does not object to the filing of this Motion.

DATED: December 30, 2022

Respectfully Submitted,

*/s/ Dennis J. Abdelnour*
Dennis J. Abdelnour (IL Bar No. 6292242)
Ron N. Sklar (IL Bar No. 6304022)
HONIGMAN LLP
155 N Wacker Drive, Suite 3100
Chicago, IL 6060
Telephone: 312-701-9348
Facsimile: 312-710-9335
Email: dabdelnour@honigman.com
Email: rsklar@honigman.com

Ryan K. Yagura (Tex. Bar No. 24075933)
Nicholas J. Whilt (Cal. Bar No. 247738)
Xin-Yi Zhou (Cal. Bar No. 251969)
O'MELVENY & MYERS LLP

400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407
Email: ryagura@omm.com
Email: nwhilt@omm.com
Email: vzhou@omm.com

Darin W. Snyder (Cal. Bar No. 136003)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: 415-984-8700
Facsimile: 415-984-8701
Email: dsnyder@omm.com

D. Sean Trainor (D.C. Bar No. 463514)
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20037
Telephone: 202-383-5300
Facsimile: 202-383-5414
Email: dstrainor@omm.com

Marc J. Pensabene (N.Y. Bar No. 2656361)
Laura Bayne Gore (N.Y. Bar No. 5172879)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: 213-326-2000
Facsimile: 213-326-2061
Email: mpensabene@omm.com
Email: lbayne@omm.com

MELISSA R. SMITH (TX SBN 24001351)
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257
Email: melissa@gillamsmithlaw.com

***Attorneys for Plaintiff Samsung Electronics America, Inc.***

3

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 30, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rules.

*/s/ Dennis J. Abdelnour*