**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Samsung Electronics Co., Ltd., et al.

                            Plaintiff,

v.

                                        Case No.: 1:21−cv−02665
                                        Honorable Rebecca R. Pallmeyer

Lynk Labs, Inc.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 26, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: On March 17, 2022, Plaintiff Samsung moved to compel compliance with Local Patent Rule 2.2 [94]. Since that time, however, the court has ordered certain further production [101], and the parties have proceeded with the litigation, including briefing of a motion for partial summary judgment on the issue of literal infringement [155] and robust litigation of claims construction issues [125, 126, 133, 136, 172]. The court concludes the motion to compel [94] is moot and terminates it without prejudice. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.