IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO. LTD. and ) <br> SAMSUNG ELECTRONICS AMERICA, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LYNK LABS, INC., ) <br> ) <br> Defendant. ) | Case No. 1:21-cv-02665 <br><br> Hon. Judge Rebecca Pallmeyer |

**JOINT STIPULATION AND MOTION TO STAY PROCEEDINGS**

Defendant, Lynk Labs, Inc. ("Lynk"), and Plaintiffs, Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"), jointly and through their respective attorneys, respectfully move this Court for an entry of Stay of Proceedings, and state as follows:

1. As reported in the parties' Second Amended Joint Claim Construction Chart and Status Report, the following patents and claims are currently asserted by Lynk against Samsung: Claim 1 of U.S. Patent No. 10,492,251 ("251 Patent"); Claims 9 and 17 of U.S. Patent No. 10,492,252 ("252 Patent"); Claims 1, 6, and 22 of U.S. Patent No. 10,966,298 ("298 Patent"); Claim 7 of U.S. Patent No. 10,687,400 ("400 Patent"); Claims 9, 11, and 13 of U.S. Patent No. 10,499,466 ("466 Patent"); Claims 1, 3, and 8 of U.S. Patent No. 10,154,551 ("551 Patent"); Claim 8 of U.S. Patent No. 10,750,583 ("583 Patent"); Claims 1 and 8 of U.S. Patent No. 10,506,674 ("674 Patent"); Claims 1, 5, 7, and 14 of U.S. Patent No. 11,019,697 ("697 Patent"); and, Claims 7 and 8 of U.S. Patent No. 10,652,979 ("979 Patent") (collectively, the "Asserted Claims" of the "Patents-in-Suit"). [ECF Dkt. No. 172 at 3-4].

2. On August 18, 2021, Home Depot USA, Inc. filed a Petition for *Inter Partes* Review of the 551 Patent. *See* Patent Trial and Appeal Board ("PTAB"), Case Nos. IPR2021-01367.

3. On August 19, 2021, Home Depot USA, Inc. filed a Petition for *Inter Partes* Review of the 251 Patent. *See* PTAB, Case Nos. IPR2021-01369.

4. On September 7, 2021, Samsung filed Petitions for *Inter Partes* Review of the 674 Patent, the 697 Patent, the 252 Patent, the 466 Patent, and the 298 Patent. *See* PTAB, Case Nos. IPR2021-01299, IPR2021-01300, IPR2021-01345, IPR2021-01346, and IPR2021-01347.

5. On October 1, 2021, Samsung filed Petitions for *Inter Partes* Review of the 551 Patent and the 979 Patent. *See* PTAB, Case Nos. IPR2021-01575 and IPR2021-01576.

6. On October 27, 2021, Samsung filed a Petition for *Inter Partes* Review of the 251 Patent and U.S. Patent No. 10,517,149 (the "149 Patent"). *See* PTAB, Case Nos. IPR2022-00051 and IPR2022-000098.[1]

7. On October 28, 2021, Samsung filed a Petition for *Inter Partes* Review of the 583 Patent. *See* PTAB, Case Nos. IPR2022-00100.

8. On November 12, 2021, Samsung filed a Petition for *Inter Partes* Review of the 400 Patent. *See* PTAB, IPR2022-00149.

9. By July, 5 2022, the PTAB instituted *Inter Partes* Review for all Asserted Claims of the Patents-In-Suit. [ECF Dkt. No. 124].

---

[1] The 149 Patent was previously asserted in this case. The parties entered into a Joint Stipulation for Dismissal of the 149 Patent on May 6, 2022 [ECF Dkt. No. 118], which was subsequently granted by the Court on May 9, 2022 [ECF Dkt. No. 119].

314909809.3

10. On February 14, 2023, the PTAB issued Final Written Decisions invalidating all challenged claims of the 251 Patent and the 551 Patent. *See* IPR2021-01367 Final Written Decision at 28; IPR2021-01369 Final Witten Decision at 35.

11. On March 7, 2023, the PTAB issued a Final Written Decisions invalidating all challenged claims of the 674 Patent. *See* IPR2021-01299 Final Written Decision at 57.

12. On March 13, 2023, the PTAB issued Final Written Decisions invalidating all challenged claims of the 697 Patent and 298 Patent. *See* IPR2021-01300 Final Written Decision at 53; IPR2021-01347 Final Written Decision at 56.

13. On March 15, 2023, the PTAB issued Final Written Decisions invalidating all challenged claims of the 252 Patent and the 466 Patent. *See* IPR2021-01345 Final Written Decision at 49; IPR2021-01346 Final Written Decisions at 63.

14. As of the present date, the following Patents-in-Suit and corresponding Asserted Claims remain at issue in the instant action and subject to pending IPRs but no Final Written Decision has yet issued in these matters: 400 Patent - Claim 7; 583 Patent - Claim 8; and 979 Patent - Claims 7 and 8. All other Asserted Claims have been found unpatentable by the PTAB in the above-identified IPR proceedings.

15. Lynk intends to appeal one or more of the afore-referenced Final Written Decisions, including final written decisions yet to come for the patents identified in paragraph 14, *supra*. Samsung also reserves the right to appeal one or more final written decisions that have yet to issue.

16. Notwithstanding the pendency of Lynk's remaining infringement claims, the parties agree that it would serve judicial economy to stay this matter pending the final outcome of all appeals from the Final Written Decisions regarding the Patents-in-Suit in this matter.

WHEREFORE, in light of the foregoing, Plaintiffs, Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc., and Defendant, Lynk Labs, Inc., respectfully request that this matter be stayed, with all case deadlines suspended, pending the final resolution of all above-identified IPR proceedings against the Patents-in-Suit, including any appeals and any subsequent resulting remand proceedings at the PTAB.

The parties further stipulate and agree that all pending discovery deadlines and depositions shall be extended pending resolution of this Joint Motion.

Date: March 20, 2023

Respectfully submitted,

*/s/ Marc J. Pensabene*
Ryan K. Yagura (Cal. Bar No. 197619)
ryagura@omm.com
Nicholas J. Whilt (Cal. Bar No. 247738)
nwhilt@omm.com
Xin-Yi Zhou (Cal. Bar No. 251969)
vzhou@omm.com
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Darin Snyder
dsnyder@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: 415-984-8700
Facsimile: 415-984-8701

D. Sean Trainor (D.C. Bar No. 463514)
dstrainor@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street NW
Washington, DC 20037
Telephone: 202-383-5300
Facsimile: 202-383-5414

Respectfully submitted,

*/s/ Darlene F. Ghavimi*
Darlene F. Ghavimi
**K&L GATES LLP**
2801 Via Fortuna
Suite 650
Austin, Texas 78746
Telephone: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com

James A. Shimota
George Summerfield
Ketajh Brown
Amanda Maxfield
Ewa A. Wojciechowska
**K&L GATES LLP**
70 WEST Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
george.summerfield@klgates.com
ketajh.brown@klgates.com
amanda.maxfield@klgates.com
ewa.wojcieschowska@klgates.com

*Attorneys for Defendant Lynk Labs, Inc.*

Marc J. Pensabene (N.Y. Bar No. 2656361)
mpensabene@omm.com
Laura Bayne Gore (N.Y. Bar No. 5172879)
lbayne@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower, 7 Times Square
New York, NY 10036
Telephone: 213-326-2000
Facsimile: 213-326-2061

Dennis J. Abdelnour (IL Bar No. 6292242)
Ron N. Sklar (IL Bar No. 6304022)
**HONIGMAN LLP**
155 North Wacker Drive, Suite 3100
Chicago, IL 60606
Telephone: 312-701-9300
Facsimile: 312-701-9335
Email: dabdelnour@honigman.com
Email: rsklar@honigman.com

*Attorneys for Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

314909809.3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a) on March 20, 2023.

                                                */s/ Darlene F. Ghavimi*
                                                Darlene F. Ghavimi