**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LYNK LABS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:21-cv-02665 <br><br> Honorable Rebecca R. Pallmeyer |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that effective November 22, 2024, the address of HONIGMAN LLP is as follows:

>HONIGMAN LLP
>321 N. Clark Street, Suite 500
>Chicago, Illinois 60654
>Telephone: (312) 701-9300
>Facsimile: (312) 701-9335

Please use the new firm address in all pleadings, correspondence, and other documents.

Dated: November 19, 2024

Respectfully submitted,

*/s/ Ron Sklar*

Dennis J. Abdelnour (IL Bar #6292242)
Ron N. Sklar (IL Bar #6304022)
**HONIGMAN LLP**
321 N. Clark Street, Suite 500
Chicago, IL 60654
Telephone: 312-701-9300
Facsimile: 312-701-9335
Email: dabdelnour@honigman.com
Email: rsklar@honigman.com

***Attorneys for Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2024, I caused a true and correct copy of the foregoing document to be served on counsel in the above-referenced actions via the Court's ECF system.

/s/ *Ron Sklar*