# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LYNK LABS, INC., <br><br> Defendant. | Case No. 1:21-cv-02665 <br><br> Honorable Rebecca R. Pallmeyer |

**STATUS REPORT**

Pursuant to the Court's September 3, 2024 Order, Plaintiffs Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") and Defendant Lynk Labs, Inc. ("Lynk") submit this Status Report.

The Patent Trial and Appeal Board ("PTAB") of the U.S. Patent and Trademark Office issued Final Written Decisions finding all claims asserted by Lynk in this case to be unpatentable. Lynk appealed the PTAB's decisions for three patents-in-suit to the Court of Appeals for the Federal Circuit ("CAFC"). Lynk did not appeal or an appeal has been dismissed for the PTAB's decisions relating to the asserted claims for the remaining seven patents-in-suit.

With respect to the three PTAB decisions appealed to the CAFC, oral arguments were held on October 10, 2024 for all three appeals. On October 16, 2024, the CAFC issued decisions affirming the PTAB's invalidation decisions for two of the three appeals. The third and final appeal is still pending.

The following table summarizes the status of the PTAB and CAFC proceedings for the patent claims asserted by Lynk against Samsung in this litigation.

| U.S. Patent No. | Asserted Claim(s) | PTAB Outcome | Status of CAFC Appeals |
|---|---|---|---|
| 10,492,251 | Claim 1 | IPR2022-00051 – June 2, 2023 Final Written Decision finding asserted Claim 1 unpatentable | Not Filed |
| | | IPR2021-01369 - February 14, 2023 Final Written Decision finding asserted Claim 1 unpatentable | Not Filed |

| U.S. Patent No. | Asserted Claim(s) | PTAB Outcome | Status of CAFC Appeals |
|---|---|---|---|
| 10,492,252 | Claims 9, 17 | IPR2021-01345 – March 15, 2023 Final Written Decision finding asserted Claims 9 and 17 unpatentable | Not Filed |
| 10,966,298 | Claims 1, 6, 22 | IPR2021-01347 – March 13, 2023 Final Written Decision finding asserted Claims 1, 6, and 22 unpatentable | Appeal No. 23-1935 – Federal Circuit decision affirming PTAB decision entered on October 16, 2024 |
| 10,687,400 | Claim 7 | IPR2022-00149 – June 26, 2023 Final Written Decision finding asserted Claim 7 unpatentable | Appeal No. 23-2346 Pending – oral arguments heard on October 10, 2024; a decision is pending |
| 10,499,466 | Claims 9, 11, 13 | IPR2021-01346 – March 15, 2023 Final Written Decision finding asserted Claims 9, 11, and 13 unpatentable | Not Filed |
| 10,154,551 | Claims 1, 3, 8 | IPR2021-01575 – May 10, 2023 Final Written Decision finding asserted Claims 1, 3, and 8 unpatentable | Not Filed |
| | | IPR2021-01367 - February 14, 2023 Final Written Decision finding asserted Claims 1, 3, and 8 unpatentable | Appeal Dismissed |
| 10,750,583 | Claim 8 | IPR2022-00100 – June 7, 2023 Final Written Decision finding asserted Claim 8 unpatentable | Not Filed |

3

| U.S. Patent No. | Asserted Claim(s) | PTAB Outcome | Status of CAFC Appeals |
|---|---|---|---|
| 10,506,674 | Claims 1, 8 | IPR2021-01299 – March 7, 2023 Final Written Decision finding asserted Claims 1 and 8 unpatentable | Appeal Dismissed |
| 11,019,697 | Claims 1, 5, 7, 14 | IPR2021-01300 – March 13, 2023 Final Written Decision finding asserted Claims 1, 5, 7, and 14 unpatentable | Appeal No. 23-1934 Pending – Federal Circuit decision affirming PTAB decision entered on October 16, 2024 |
| 10,652,979 | Claims 7, 8 | IPR2021-01576 – April 19, 2023 Final Written Decision finding asserted Claims 7 and 8 unpatentable | Appeal Dismissed |

Dated: December 13, 2024

*Respectfully submitted,*

/s/ Marc J. Pensabene
Ryan K. Yagura (Cal. Bar No. 197619)
ryagura@omm.com
Nicholas J. Whilt (Cal. Bar No. 247738)
nwhilt@omm.com
Xin-Yi Zhou (Cal. Bar No. 251969)
vzhou@omm.com
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Darin Snyder
dsnyder@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: 415-984-8700
Facsimile: 415-984-8701

*Respectfully submitted*,

/s/ George Summerfield
James A. Shimota
George C. Summerfield
Ketajh N. Brown
Nelson M. Hua
Ewa A. Wojciechowska
Amanda C. Maxfield
**K&L GATES LLP**
70 WEST Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
george.summerfield@klgates.com
ketajh.brown@klgates.com
nelson.hua@klgates.com
ewa.wojciechowska@klgates.com
amanda.maxfield@klgates.com

<div style="columns:2">

D. Sean Trainor (D.C. Bar No. 463514)
dstrainor@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street NW
Washington, DC 20037
Telephone: 202-383-5300
Facsimile: 202-383-5414

Marc J. Pensabene (N.Y. Bar No. 2656361)
mpensabene@omm.com
Laura Bayne Gore (N.Y. Bar No. 5172879)
lbayne@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower, 7 Times Square
New York, NY 10036
Telephone: 213-326-2000
Facsimile: 213-326-2061

Dennis J. Abdelnour (IL Bar No. 6292242)
Ron N. Sklar (IL Bar No. 6304022)
**HONIGMAN LLP**
321 N. Clark Street, Suite 500
Chicago, IL 60654
Telephone: 312-701-9300
Facsimile: 312-701-9335
Email: dabdelnour@honigman.com
Email: rsklar@honigman.com

***Attorneys for Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.***

Darlene F. Ghavimi
**K&L GATES LLP**
2801 Via Fortuna
Suite 650
Austin, Texas 78746
Telephone: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com

Rachel Ellenberger
**K&L GATES LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Telephone: (412) 355-2882
Fax: (412) 355-6501
rachel.ellenberger@klgates.com

***Attorneys for Defendant Lynk Labs, Inc.***

</div>

5

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a) on December 13, 2024.

*/s/ Marc J. Pensabene*
Marc J. Pensabene