# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Samsung Electronics Co., Ltd., et al.
                                                            Plaintiff,

v.                                                                   Case No.: 1:21−cv−02665
                                                                                  Honorable Rebecca R. Pallmeyer

Lynk Labs, Inc.
                                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 23, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Parties are directed to show cause within 21 days why these cases should not be dismissed. Unopposed motion for leave to withdraw as counsel [230] is granted. Attorney Darlene Ghavimi is terminated as counsel for Lynk Labs, Inc. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.